BRETT L. GIBBS, ESQ. (SBN 215000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900

*Attorney for Objector–Appellant Gordon Hansmeier*

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL SHAMES; GARY GRAMKOW, on behalf of themselves and all persons similarly situated, | No. 12-57026 |
| Plaintiffs - Appellees, | D.C. No. 3:07-cv-02174-MMA-WMC U.S. District Court for Southern California, San Diego |
| v. | |
| GORDON HANSMEIER, | **RESPONSE TO THE COURT'S NOVEMBER 15, 2012 ORDER** |
| Objector - Appellant, | |
| v. | |
| HERTZ CORPORATION; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.; AVIS BUDGET GROUP, INC.; VANGUARD CAR RENTAL USA INC.; ENTERPRISE RENT-A-CAR COMPANY; FOX RENT A CAR, INC.; COAST LEASING CORP.; THE CALIFORNIA TRAVEL AND TOURISM COMMISSION, | |
| Defendants - Appellees. | |

Pursuant to the Court's November 15, 2012 Order, Appellant Gordon Hansmeier states that as of December 5, 2012, Appellant has provided payment of the docketing and filing fees for this appeal to the district court. As proof of payment, Appellant attaches hereto the Notice of Electronic Filing for the payment in the district court, as Exhibit A.

Dated: December 6, 2012

                                          Respectfully submitted,

                                          /s/ *Brett L. Gibbs*
                                          Brett L. Gibbs, Esq.
                                          38 Miller Avenue, #263
                                          Mill Valley, CA 94941
                                          415-325-5900

                                          *Attorney for Objector–Appellant,*
                                          *Gordon Hansmeier*

## PROOF OF SERVICE

I hereby certify that on December 6, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

In addition, a true and correct copy of the foregoing was also served via U.S. First Class mail, postage prepaid on December 6, 2012 to the following counsel of record:

Thomas Patrick Long  
Long Williamson & Delis  
400 N. Tustin Avenue  
Suite 370  
Santa Ana, CA 92705

Michael L. Weiner  
Skadden Arps Slate Meagher & Flom LLP  
Four Times Square  
New York, NY 10036-6522

/s/ *Brett L. Gibbs*  
Brett L. Gibbs, Esq.  
38 Miller Avenue, #263  
Mill Valley, CA 94941  
415-325-5900

*Attorney for Objector–Appellant,*  
*Gordon Hansmeier*