UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL SHAMES; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GORDON HANSMEIER, <br><br> Objector - Appellant, <br><br> v. <br><br> HERTZ CORPORATION, a Delaware corporation; et al., <br><br> Defendants - Appellees. | No. 12-57026 <br><br> D.C. No. 3:07-cv-02174-MMA-WMC <br> U.S. District Court for Southern California, San Diego <br><br> ORDER |
| MICHAEL SHAMES and GARY GRAMKOW, on behalf of themselves and all persons similarly situated, <br><br> Plaintiffs - Appellees, <br><br> ANDREW CESARE; GARY BISHOP; FRANK DEJULIUS; CERY PERLE, <br><br> Objectors - Appellants, <br><br> v. <br><br> HERTZ CORPORATION, a Delaware corporation; et al., <br><br> Defendants - Appellees. | No. 12-57205 <br><br> D.C. No. 3:07-cv-02174-MMA-WMC <br> U.S. District Court for Southern California, San Diego |

MAC/Mediation_7-15-13

| | |
|---|---|
| MICHAEL SHAMES and GARY GRAMKOW, on behalf of themselves and all persons similarly situated,<br><br>        Plaintiffs - Appellees,<br><br>THOMAS J. LAVERY,<br><br>        Objector - Appellant,<br><br>  v.<br><br>HERTZ CORPORATION, a Delaware corporation; et al.,<br><br>        Defendants - Appellees. | No. 12-57211<br><br>D.C. No. 3:07-cv-02174-MMA-WMC<br>U.S. District Court for Southern California, San Diego |

    Pursuant to the stipulations for dismissal, appeal nos. 12-57026 and 12-57211 are dismissed and appellants' motion for summary reversal and remand, and appellees' motion to dismiss are withdrawn. The parties shall bear their own costs and attorneys' fees on appeal.

    A copy of this order shall serve as and for the mandate of this court.

    The briefing schedule for appeal no. 12-57205 is reset as follows: appellants shall file an opening brief on or before August 26, 2013; appellees shall file an answering brief on or before September 25, 2013; appellants may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

                                FOR THE COURT:

                                By: Margaret A. Corrigan<br>                                Circuit Mediator